Entered: December 9th, 2020
Signed: December 9th, 2020
**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| DIVYA VERMA and LOLITA VERMA ) | CASE NO. 20-18064 |
| ) | |
| ) | |
| DEBTOR. ) | |

---

U.S. BANK TRUST NATIONAL )
ASSOCIATION AS TRUSTEE OF )
THE CABANA SERIES IV TRUST )
              MOVANT, )
)
V. )
)
DIVYA VERMA )
3306 WATERFORD MILL RD. )
BOWIE, MD 20721  , )
              DEBTOR, )
)
LOLITA VERMA )
3306 WATERFORD MILL RD. )
BOWIE, MD 20721  , )
              DEBTOR, )
JANET M. NESSE, )
TRUSTEE )
6411 IVY LANE, SUITE 200 )
GREENBELT, MD 20770, )
              RESPONDENTS. )

**CONSENT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**
**ON REAL PROPERTY LOCATED AT 3306 WATERFORD MILL RD., BOWIE MD 20721**

Upon consideration of the Motion For Relief From Automatic Stay On Real Property Located At 3306 Waterford Mill Rd., Bowie MD 20721 (hereinafter the "Property") filed by U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ("Movant") (Doc. 23), and the Response in opposition thereto by the trustee (Doc. No. 25), and it appearing to the Court that the parties consent to the entry of this Order,

NOW, THEREFORE, it is by the United States Bankruptcy Court for the District of Maryland, ORDERED that

1.

The Trustee shall have a period of four (4) months from the date of entry of this order during which to market and sell the Property for a sum sufficient to pay in full the indebtedness owed to Movant;

2.

In the event that at the conclusion of this four-month period the trustee has obtained a binding sales contract upon the Property but has been unable to close the sale, the trustee shall be allowed an additional thirty (30) days by which to close the sale and pay Movant's indebtedness in full;

3.

In the event that at the conclusion of this four-month period the trustee has not obtained a binding sales contract upon the Property, the automatic stay imposed by 11 U.S.C. §362(a) shall be terminated without further notice or order with respect to the Property to allow Movant to enforce its rights under state law;

4.

In the event that the stay as terminated as provided herein, Fed. R. Bankr. Pro. 4001(a)(3) shall not apply to this order; and

5.

In the event that Movant sells the subject Property, Movant shall comply with Md. L.B.R. 4001-3(a).

cc:   Attorney for Movant
Debtor(s)
Attorney for Debtor
Chapter 7 Trustee

**End Of Order**

**The below parties consent to the entry of this order**

| | |
|---|---|
| /s/ *Justin P. Fasano*<br>Janet M. Nesse (MDB # 07804)<br>Justin. P. Fasano (MDB # 28659)<br>McNamee Hosea<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770<br>(301) 441-2420<br>jnesse@mhlawyers.com<br>jfasano@mhlawyers.com<br>Counsel to the Trustee | /s/*Christopher T. Peck.*<br>Christopher T. Peck Fed. I.D. 19622<br>McMichael Taylor Gray, LLC<br>3550 Engineering Drive, Suite 260<br>Peachtree Corners, GA 30092<br>404-474-7149<br>cpeck@mtglaw.com<br>Attorney for Movant |

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ *Justin P. Fasano*
Justin P. Fasano